## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVLIS RUSNAK, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-292-LLA |
| GLENN CHRISTIE, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-932-LLA |

## [PROPOSED] ORDER

Before the Court is Defendants' consolidated motion to dismiss. Having considered the parties' briefing and the entire record in these matters, Defendants' motion is hereby **GRANTED** as to both matters, and both actions are **DISMISSED** in their entirety.

It is so **ORDERED.**

Date: _____                    _____
                                          LOREN L. ALIKHAN
                                          United States District Judge